Decided March 31, 2006

---

### LASALLE BANK, NA, TRUSTEE *v.* DORIS A. FORD ET AL.

The petition by the defendant Calvin Tatum for certification for appeal from the Appellate Court (AC 26886) is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Calvin Tatum*, pro se, in support of the petition.

*Matthew B. Woods*, in opposition.

Decided March 31, 2006